# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-032-827**

**Effective Date of Registration:**
October 07, 2016

## Title

**Title of Work:** Group Registration of Photos: 115 photos Range of Publication Dates March 14 2016 to October 6 2016

**Content Title:** Buddha Beach 11 images published October 3 2016

Drive to Addison 2 images published March 23 2016

Fowler Lake 3 images published September 27 2016

Golden Gate Bridge 1 image published September 4 2016

Hudson 1 image published September 19 2016

Lapham Peak 10 Images published September 13 2016

Marin Headlands 1 image published September 4 2016

Nick and Tara Pope Farm 11 images published July 27 2016

Paradise Lake 2 images published September 4 2016

Petroskey Stone 8 images published May 17 2016

Picture Rock Jasper 3 images published May 16 2016

Retzer  4 images published September 22 2016

Retzer 18 images published September 23 2016

Sedona 23 images published October 6 2016

View from Battery Spencer 1 image published March 14 2016

Wupatki Ruins 8 images published July 6 2016

Zion Church 8 images published September 29 2016

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jennifer Rondinelli Reilly
- **Author Created:** photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1977

## Copyright Claimant

**Copyright Claimant:** Jennifer Rondinelli Reilly
1919 Swartz Drive, Waukesha, WI, 53188, United States

## Rights and Permissions

**Name:** Jennifer Rondinelli Reilly
**Email:** jen@jrrphoto.com
**Telephone:** (414)915-7601
**Address:** 1919 Swartz Drive
Waukesha, WI 53188 United States

## Certification

**Name:** Jennifer Rondinelli Reilly
**Date:** October 07, 2016