IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER RONDINELLI REILLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:24-cv-240-K |
| V. | § | |
| | § | |
| ONLINE LAND MARKET, LLC, | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore,

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Jennifer Rondinelli Reilly's Motion for Default Judgment against Defendant Online Land Market [Dkt. No. 19] is GRANTED.

It is FURTHER ORDERED that Plaintiff Jennifer Rondinelli shall recover damages from Defendant Online Land Market as follows:

1. $87,372 in statutory damages for copyright infringement and violations of the Digital Millenium Copyright Act

2. $3,680.50 in attorneys' fees and costs; and

3. Pre-judgment interest at a rate of five percent (5%) per annum, to be calculated as simple interest, accruing from January 31, 2024 – the date Reilly filed her Complaint – until the day before entry of final judgment.

And the Court enters a permanent injunction against Defendant Online Land Market as follows:

Defendant Online Land Market, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

(a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or

(b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

Costs of court, recoverable under Federal Rule of Civil Procedure 54(d)(1), shall be taxed against Defendant Online Land Market.

The Clerk shall transmit to the parties a true copy of this Judgment and the Order adopting the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed February 11th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE